803 A.2d 1157

IN THE MATTER OF MICHAEL G. MOLÉ,
AN ATTORNEY AT LAW.

August 16, 2002.

## ORDER

This matter having been opened to the Court by David E. Johnson, Jr., Esquire, Director, Office of Attorney Ethics, and respondent, **MICHAEL G. MOLÉ** of **CLARK,** who was admitted to the bar of this State in 1980, having agreed through counsel to being temporarily suspended from the practice of law, together with the additional relief provided in this Order, and good cause appearing;

It is ORDERED that **MICHAEL G. MOLÉ** is temporarily suspended from the practice of law, effective immediately, and until the further Order of the Court; and it is further

ORDERED that all funds, if any, presently existing in any New Jersey financial institution pursuant to *Rule* 1:21-6, shall be restrained from disbursement and shall be transferred to the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that he comply with *Rule* 1:20–20 governing suspended attorneys.